# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| RONALD CUPP ) ) ) ) *Plaintiff(s)* ) v. ) COUNTY OF SONOMA, ANDREW SMITH, TODD ) HOFFMAN, TYRA HARRINGTON, MARK ) FRANCESCHI, TENNIS WICK, MICHAEL KING, ) ANTHONY CINQUINI, CINQUINI & PASSARINO, INC ) *Defendant(s)* ) | Civil Action No. **CV22 4307** **TSH** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ANDREW SMITH, TODD HOFFMAN, TYRA HARRINGTON, MARK FRANCESCHI, TENNIS WICK, 2550 VENTURA AVENUE, SANTA ROSA, CA 95403; -
COUNTY OF SONOMA, ~~DOES 1-20,~~ MICHAEL KING, 575 ADMINISTRATION DRIVE SANTA ROSA, CA 95403
ANTHONY CINQUINI, CINQUINI & PASSARINO, INC. 1360 N DUTTON AVE, SANTA ROSA, CA 95403

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

RONALD CUPP
150 RALEY TOWN CENTER, STE 2512
ROHNERT PARK, CA 94928

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARK B. BUSBY
*CLERK OF COURT*

Date: 07/24/2022      JUL 25 2022

GINA AGUSTINE
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV22 4307 TSH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

    ❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

    ❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

    ❏ I returned the summons unexecuted because _____ ; or

    ❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

                                                        *Server's signature*

                                                        *Printed name and title*

                                                        *Server's address*

Additional information regarding attempted service, etc: