UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD CUPP,<br><br>        Plaintiff,<br><br>v.<br><br>COUNTY OF SONOMA, et al.,<br><br>        Defendants. | Case No. 22-cv-04307-TSH<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Phyllis J. Hamilton for consideration of whether the case is related to *Cupp v. Smith,* 20-cv-03456-PJH.

**IT IS SO ORDERED.**

Dated: July 27, 2022

THOMAS S. HIXSON
United States Magistrate Judge